**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00153-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES KROLOPP,

      Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter is before the Court upon appearance by counsel by telephone.

To ensure that all pretrial phases of the case are complete before the commencement

of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **April 30, 2010** and

responses to these motions shall be filed by **May 14, 2010**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary

motions, if any, and Final Trial Preparation Conference is set for **May 28, 2010 at**

**11:00 a.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary

motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a three-day jury trial is set for **June 7, 2010 at**

**9:00 a.m.**, in Courtroom A602.

      DATED:  April __13__, 2010

                        BY THE COURT:

                        _____

                        CHRISTINE M. ARGUELLO
                        United States District Judge